# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00133-CV

**Leonard Robles, Appellant**

**v.**

**Dianna Martinez-Robles, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-FM-06-003332, HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Leonard Robles has filed an unopposed motion to dismiss this appeal. We grant Robles's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed on Appellant's Motion

Filed:  July 11, 2014